UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Brian Cornwell, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 16-cv-11554 GAO |
| Commonwealth of Massachusetts, et al, | * |
| Defendant. | * |

ORDER OF DISMISSAL

February 3, 2017

O'Toole, D.J.

Pursuant to the court's Order issued on 11/22/2016 [#6] giving notice of a potential dismissal of action pursuant to FRCP 4(m) and Local Rule 4.1(b), this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge